**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

CARLOS A SANTIAGO RODRIGUEZ          Case No.  10-04167-BKT

                        Chapter 13     Attorney Name: CARLO JAVIER RODRIGUEZ PUIGDOLI

---

### I. Appearances

Debtor                    [ ✓] Present   [ ] Absent
Joint Debtor              [ ] Present    [ ] Absent
Attorney for Debtor       [ ✓] Present   [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date:  **August 26, 2010**
Time: _8:11_     Track: _001_
[✓] This is debtor(s) _1st_ Bankruptcy filing.
Liquidation Value: _____ _TBD_
Creditors
_Sanchz — BBVA_
_____
_____

### II. Oath Administered
[ ✓] Yes          [ ] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns _06-09_ [✓] Returned
[ ] Federal Tax Returns_____ [ ] Returned
[✓] Evidence of income (60 days prior to petition)

### IV. Status of Meeting     [✓] Closed     [ ] Not Held     [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation

                    [ ] **FAVORABLE**
                    [✓] **UNFAVORABLE**

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test   (I & J)
[✓] No provision for secured creditor(s)
_BBVA —_
_____

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[✓] Evidence of income _May / June / July / August_
   [ ✓] Missing     [ ] Incomplete  _To Review w/ Schedule I._
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
   [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:
_____

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

CARLOS A SANTIAGO RODRIGUEZ          Case No.  10-04167-BKT

                                    Chapter 13      Attorney Name: CARLO JAVIER RODRIGUEZ PUIGDOLL

---

**VI.  Plan**                                                              (Cont.)
   Date: July. 12, 2010      Base $ 27,780.00   [X]   Filed   Evidence of Pmt shown: _____
   Payments _2_ made out of _2_ due.   [ ]   Not Filed

**VII. Confirmation Hearing Date:** July, 23, 2010

**VIII. Attorney's fees as per R. 2016(b)**
   $1,500.00 - $ 0.00   = $ 1,500.00

**IX. Documents to be provided w/in _____ days**

[ ] Amended schedules _____          [ ] Amended S.O.F.A. _____

[ ] Insurance estimate                                 [ ] Amended plan

_____                [ ] Business Documents

[ ] Assumption/Rejection executory contract                [ ] Monthly reports for the months

   _____                        _____

[ ] Appraisal _____                      _____

_____                    _____

[ ] State tax returns years _____            [ ] Public Liability Insurance

[ ] Federal tax returns years _____              [ ] Premises_____

[ ] Correct SS # (Form B21)                                [ ] Vehicle(s)_____

   [ ] Debtor   [ ] Joint debtor                          [ ] Licenses issued by:

[ ] Other:                                              _____

_____                _____

_____                _____

---

[ ] M.T.D. to be filed by Trustee:  Debtor(s): [ ] failed to appear; [ ] failed to commence payments;

[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____

[ ] Other:_____

---

**COMMENTS**

1) Include employment info — Limay auto as preferred
service. Civil status Married. Spouse information Universidad
Interamericana — 2) Debtor intends to keep a Lexus
which owes $ 3,960.11. Amend B to include model and year.
3-

_____
Trustee/Presiding Officer

Date:  August 26, 2010
                                                            (Rev.